992

Joseph T. SHEEHAN et al., Executors, etc., Appellants, v. Sam ROTENBERG.

No. 12630.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellants.

Rosenblum & Mellitz, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 48 F.Supp. 584, dismissed without taxation of costs in favor of either party in this Court, on motion of appellants and consent of appellee.

UNITED STATES of America, Appellant, v. Eva COHEN.

No. 12631.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellant.

Rosenblum & Mellitz, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 48 F.Supp. 584, dismissed without taxation of costs in favor of either party in this Court, on motion of appellant and consent of appellee.

UNITED STATES of America, Appellant, v. Eva COHEN.

No. 12632.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellant.

Rosenblum & Mellitz, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 48 F.Supp. 584, dismissed without taxation of costs in favor of either party in this Court, on motion of appellant and consent of appellee.

